Decided September 19, 2002

STATE OF CONNECTICUT *v.* EARL JACOBS

The defendant's petition for certification for appeal from the Appellate Court, 70 Conn. App. 488 (AC 20485), is denied.

*Annacarina DelMastro*, assistant public defender, in support of the petition.

*Harry Weller*, senior assistant state's attorney, in opposition.

Decided September 19, 2002

STATE OF CONNECTICUT *v.* EARL JACOBS

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 70 Conn. App. 488 (AC 20485), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the defendant had first and sixth amendment rights that the trial court must consider during a hearing pursuant to General Statutes § 54-56d (k) (2) and *State* v. *Garcia*, 233 Conn. 44, 658 A.2d 947 (1995)?"

The Supreme Court docket number is SC 16835.

*Harry Weller*, senior assistant state's attorney, in support of the petition.

*Annacarina DelMastro*, assistant public defender, in opposition.

Decided September 19, 2002